```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
    STEVEN J. HAYS,              )
11                               )
             Plaintiff(s),       )   No.  C10-0569 BZ
12                               )
        v.                       )
13                               )   **ORDER REASSIGNING CASE**
    HUMBOLDT SUPERIOR COURT, et  )
14  al.,                         )
                                 )
15           Defendant(s).       )
                                 )
16
17       The court has identified this action as one that appears
18  suitable for reassignment to Magistrate Judge Nandor J. Vadas,
19  whose courtroom is located in Eureka, California, for all
20  future proceedings pursuant to 28 USC § 636(c).  Such
21  reassignment has the potential to result in greater
22  convenience to the parties and more expeditious disposition of
23  the matter on the merits.
24       **IT IS HEREBY ORDERED** that the Clerk shall immediately
25  **REASSIGN** the above captioned case to Magistrate Judge Nandor
26  ///
27  ///
28  ///

                                 1
```

Vadas.  Judge Vadas sits in Eureka - 514 H Street, Eureka, California 95502.

Dated: February 17, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\ORDER FOR TRANSFER OF CASES TO EUREKA. RE HAYS V HUMBOLDT SUPERIOR CT.wpd