UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN J. HAYS,

        Plaintiff,

  v.

HUMBOLDT SUPERIOR COURT et al,

        Defendant.

Case Number: CV10-00569 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 17, 2010, I SERVED a true and correct copy(ies) of the attached **ORDER REASSIGNING CASE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven J. Hays
20909 Dawnhill
Gentry, AR 72734

Dated: February 17, 2010

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

        *Rose Maher*